No. 402. LEDFORD ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit

Court of Appeals for the Sixth Circuit denied. *Harry B. Miller* for petitioners. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.